**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| NEAL TOWNSEND,<br><br>      Plaintiff,<br><br>vs.<br><br>McCLENNY, MOSELEY &<br>ASSOCIATES PLLC, JAMES M.<br>McCLENNY, JOHN Z. MOSELEY, and<br>ADAM T. WALTON,<br><br>      Defendants/Counter-Plaintiffs,<br>      Third Party Plaintiffs,<br><br>vs.<br><br>NEAL TOWNSEND,<br><br>      Counter-Defendant,<br><br>and<br><br>TOWNSEND LAW LLC, DANIEL<br>SANDERS, and LAW OFFICES OF<br>DANIEL R. SANDERS LLC,<br><br>      Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIV ACT. NO. 1:22-cv-6-TFM-B |

## <u>ORDER and PRELIMINARY INJUNCTION</u>

Pending before the Court is the *Joint Motion for Preliminary Injunction* (Doc. 69, filed 2/23/22), wherein McClenny, Moseley & Associates PLLC, James M. McClenny, John Z. Moseley, Adam Walton, Neal Townsend, and Townsend Law LLC (collectively the "Parties") jointly move the Court to cancel the hearing on Plaintiff Neal Townsend's Motion for Preliminary Injunction (Doc. 19) and to enter a preliminary injunction with terms that have been stipulated by

the Parties.[1]

Having considered the filings and arguments of counsel, and the Parties having consented to the entry of this Order, the Parties' *Joint Motion for Preliminary Injunction* (Doc. 69) is **GRANTED**.  Therefore, the Court hereby **ORDERS** as follows:

1.     The hearing previously scheduled for March 7, 2022 on Plaintiff's Motion for Preliminary Injunction (Doc. 19) is **CANCELLED,** and all deadlines related to said hearing are **VACATED**.

2.     McClenny, Moseley & Associates PLLC and its members, employees, and agents (collectively, "MMA") are preliminarily enjoined from communicating with any former MMA clients that have executed representation agreements with Townsend Law, LLC regarding the subject of such clients' representation.

3.     Townsend Law, LLC and its members, employees, and agents (collectively, "Townsend Law") are preliminarily enjoined from communicating regarding the subject of representation with any MMA clients that, after being notified of Neal Townsend's departure from MMA, have indicated in writing their desire to continue to be represented by MMA.[2, 3]

4.     Notwithstanding paragraphs 2 and 3 above, this Preliminary Injunction does not enjoin Townsend Law from communicating with any clients that have terminated their

---

[1] In the foreseeable future, the Court will need to address with all parties the correct designations between Counter-parties and Third-Parties and the status of the pleadings.  However, for the purposes of this motion and order, those matters are not particularly relevant.

[2] Subsequent to the motion, counsel for Townsend Law LLC filed his notice of appearance.  *See* Doc. 70.  Therefore, while Townsend Law LLC has not yet appeared by filing an answer or other responsive pleading, the Court considers this a limited appearance for the purposes of the joint motion for preliminary injunction.

[3] As noted by the parties, neither Daniel Sanders nor the Law Offices of Daniel R. Sanders have appeared yet and are not affected by the motion or order.

representation agreement with McClenny, Moseley & Associates PLLC, and it does not enjoin MMA from communicating with any clients that have terminated their representation agreement with Townsend Law, LLC.  Further, notwithstanding paragraphs 2 and 3 above, this Preliminary Injunction does not enjoin or limit any party's ability to take depositions of, issue non-party subpoenas to, or conduct any other type of formal discovery with or related to any non-parties, including the above-referenced clients of Townsend Law, LLC or McClenny, Moseley & Associates PLLC.

5.    By agreement of the Parties, no security for this preliminary injunction shall be required.

6.    As a result of this order, the temporary restraining order has been superseded by this preliminary injunction.  Further, the Clerk is hereby **ORDERED** to remit to Plaintiff a check in the amount of $1,500.00, which Plaintiff paid by check as security related to the Temporary Restraining Order, and to mail said check to Plaintiff's counsel.

7.    Any party may move to modify or dissolve this preliminary injunction at any time.

8.    In the absence of an Order dissolving this preliminary injunction, this preliminary injunction will expire upon the entry of a final judgment.

9.    In light of this Order, the Plaintiff's original Motion for Preliminary Injunction (Doc. 19) and the Defendants' Motion to Dissolve the TRO (Doc. 48) are both **DENIED as moot**.

10.    Any deadlines or other matters not addressed in this order remain in effect.

**DONE** and **ORDERED** this 23rd day of February 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE